IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL BISBEE,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5886

Opinion filed February 25, 2015.

An appeal from an order of the Circuit Court for Okaloosa County.
William F. Stone, Judge.

Daniel Bisbee, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

  AFFIRMED.

ROBERTS, ROWE, and MAKAR, JJ., CONCUR.